**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-00423-LTB-KLM

ALEXANDER HORSKY,

       Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc 7 - filed March 25, 2011) is **GRANTED**.  The tendered First Amended Complaint is accepted for filing.

Dated:   March 28, 2011

---