**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-00423-LTB-KLM

ALEXANDER HORSKY,

      Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation,
FINANCIAL RECOVERY SOLUTIONS, LLC, an Illinois limited liability company,

      Defendants.

_____

### ORDER OF DISMISSAL
_____


THIS MATTER having come before the Court on the Plaintiff's Unopposed Motion

to Dismiss (Doc 11 - filed April 19, 2011), and the Court being fully advised in the premises,

it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.


                    BY THE COURT:


                    s/Lewis T. Babcock
                    Lewis T. Babcock, Judge

DATED:   April 20, 2011